IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:13CR205
                             )
      v.                     )
                             )
DEONTA MARION,               )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to set briefing date for motion for new trial (Filing No. 42). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. Defendant shall file his brief in support of the amended motion for new trial on or before October 25, 2013.

2) Plaintiff shall have until November 6, 2013, to file its brief in response.

DATED this 3rd day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court