IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )         8:13CR205
                            )
      v.                    )
                            )
DEONTA MARION,              )            ORDER
                            )
            Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to withdraw document (Filing No. 44). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The motion for new trial (Filing No. 41) is deemed withdrawn.

DATED this 15th day of October, 2013.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court