IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR205 |
| | ) | |
| v. | ) | |
| | ) | |
| DEONTA MARION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on the request for transcript by a non-party (Filing No. 54). The Court notes the requesting party will be responsible for all charges connected with the preparation of the transcript. No objections have been filed and the Court finds said request should be granted. Accordingly,

    IT IS ORDERED that the request for transcript by a non-party is granted.

    DATED this 7th day of February, 2014.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court